# ELECTRONIC RECORD

*363-15*
*364-15*
*365-15*

COA #14-14-00003-CR

OFFENSE: Poss of a Firearm by Felon

STYLE: Octavlano Isralel Sanchez v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 262nd District Court

DATE: March 17, 2015    Publish: No

TC CASE #: 1376038

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Octaviano Isralel Sanchez v The State of Texas

CCA # _____

_____PRO SE_____    Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ____06/10/2015____

JUDGE: ____Per Curiam____

CCA Disposition: _____    *363-15*
DATE: _____    *364-15*
JUDGE: _____    *365-15*

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

-----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD